EDWIN T. LAIDLEY, Appellant, *v.* ETTA M. LAIDLEY, Respondent.

(Argued October 22, 1894; decided November 27, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 7, 1894, which affirmed an order of Special Term granting a motion by defendant for counsel fee in an action for divorce.

*William S. Bennet* for appellant.

*W. J. Groo* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

In the Matter of the Application of JONAS LITT for a Peremptory Writ of Mandamus, Respondent, *v.* Z. TAYLOR EMERY, M. D., as Commissioner, etc., Appellant.*

(Argued October 22, 1894; decided November 27, 1894.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made May 14, 1894, which affirmed an order of Special Term granting the petitioner's application for a mandamus to reinstate him as meat inspector in the department of health of Brooklyn.

*Alexander H. Van Cott* for appellant.

*Joseph G. Gay* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

---

* Reported below, 80 Hun, 380.